1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                        DISTRICT OF NEVADA

8                                * * *

9   CAMERON WELCH,                          Case No. 3:18-cv-00482-MMD-WGC

10                          Plaintiff,                    ORDER

11          v.

12  CHUCK ALLEN, *et al.*,

                            Defendants.
13

14

15  **I.      DISCUSSION**

16          Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections

17  ("NDOC"), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No.

18  1-1). Plaintiff has not paid the full filing fee for this matter and has not filed an application

19  to proceed *in forma pauperis.*

20          Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must

21  complete an application to proceed *in forma pauperis* and attach both an inmate account

22  statement for the past six months and a properly executed financial certificate. The Court

23  will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter

24                                  1

25

26

27

28

of the payment of the filing fee is resolved.  Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action.  If Plaintiff chooses to file an application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months <u>and</u> a properly executed financial certificate

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed in forma pauperis by a prisoner, as well as the document entitled information and instructions for filing an in forma pauperis application.

IT IS FURTHER ORDERED that within thirty (30) days from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1-1), but shall not file it at this time.

DATED: October 12, 2018.

William G. Cobb
UNITED STATES MAGISTRATE JUDGE

2