UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CAMERON WELCH,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>CHUCK ALLEN, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:18-cv-00482-MMD-WGC<br><br>ORDER |

On July 19, 2019, the Court issued a screening order permitting this action to proceed on certain claims. (ECF No. 5.) The Court now directs the issuance of summonses for Defendants in this action.

It is therefore ordered that the Clerk of Court will issue summonses for Defendants Deputy Clearwater, Deputy Figueroa, and Deputy Martin, and deliver the same, to the U.S. Marshal for service. The Clerk of Court will also send to Plaintiff 3 USM-285 forms. The Clerk also will send a copy of the complaint (ECF No. 1-1) and a copy of this order to the U.S. Marshal for service on Defendants. Plaintiff will have 30 days within which to furnish to the U.S. Marshal the required USM-285 forms with relevant information as to each Defendant on each form. Within 20 after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying which Defendants were served and which were not served, if any. If Plaintiff wishes to have service again attempted on an unserved Defendant, then a motion must be filed with the Court identifying the unserved Defendants and specifying a more detailed name and/or address for said Defendants, or whether some other manner of service should be attempted.

1    It is further ordered that henceforth, Plaintiff must serve upon Defendants or, if
2    appearance has been entered by counsel, upon their attorneys, a copy of every pleading,
3    motion or other document submitted for consideration by the Court. Plaintiff must include
4    with the original paper submitted for filing a certificate stating the date that a true and
5    correct copy of the document was mailed to the Defendants or counsel for the
6    Defendants. The Court may disregard any paper received by a district judge or magistrate
7    judge that has not been filed with the Clerk of Court, and any paper received by a district
8    judge, magistrate judge or the Clerk of Court that fails to include a certificate of service.

DATED THIS 22nd day of July 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE