1  CHRISTOPHER J. HICKS
   Washoe County District Attorney
2
   WADE CARNER
3  Deputy District Attorney
   Nevada State Bar Number 11530
4  One South Sierra Street
   Reno, Nevada  89501
5  wcarner@da.washoecounty.us
   (775) 337-5700
6
   ATTORNEYS FOR DEFENDANTS
7  DAVID CLEARWATER
   GERALD MARTIN
8  EMMANUEL FIGUEROA

9  **UNITED STATES DISTRICT COURT**

10 **DISTRICT OF NEVADA**

11 * * *

12 CAMERON WELCH,

13         Plaintiff,                          Case No.  3:18-cv-00482-MMD-WGC

14    vs.
                                               **ORDER OF DISMISSAL**
15 CHUCK ALLEN, *et. al.*,

16         Defendants.

17

18        Pursuant to the stipulation of the parties, this case is hereby dismissed with prejudice as

19 to Defendants DAVID CLEARWATER, GERALD MARTIN AND EMMANUEL FIGUEROA

20 pursuant to FRCP 41(a).

21        DATED this 29th day of May, 2020.

22        IT IS SO ORDERED

23                                             _____
                                               MIRANDA M. DU
24                                             U.S. DISTRICT JUDGE

25

26

-1-